Jeff D. Curl (SBN 242916)
Jeena J. Cho (SBN 262901)
JC Law Group PC
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone:     (415) 963-4004
Facsimile:     (415) 963-4260
Email:         notice@jclawgroup.com

Attorneys for Debtors
HING TSANG and EVA LEUNG

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

|  |  |
|---|---|
| In Re:<br><br>Hing Tsang and Eva Leung,<br><br><br><br>          Debtors. | ) Case No.: 09-49278<br>)<br>) Chapter 13<br>)<br>) OPPOSITION TO MOTION FOR RELIEF FROM<br>) AUTOMATIC STAY<br>)<br>) DATE:    November 5, 2010<br>) TIME:    10:00 a.m.<br>) CTRM:    215<br>)<br>) HON. EDWARD D. JELLEN |

## OPPOSITION OF DEBTORS TO MOTION FOR RELIEF FROM STAY

        Debtors HING TSANG and EVA LEUNG oppose the motion of  Residential Funding Real

Estate Holdings, LLC (the "Movant") for relief from automatic stay.

        Movant filed this motion on October 15, 2010 pursuant 11 U.S.C. §362(d) and B.L.R. 4000-1 on

the grounds that cause exists to warrant relief, specifically stating that Debtors failed to pay  amounts due

under the Note (See Motion for Relief from Stay, Docket #45, pg. 3, ¶ 6) that Movant lacks equity (see

Motion for Relief from Stay, filed as Docket #45, Page 4, ¶¶ 9-11) and lacks adequate protection (see

Motion for Relief from Stay, filed as Docket #45, Page 10, ¶¶ 12-15).

///

///

///

1

Case: 09-49278   Doc# 49   Filed: 11/04/10   Entered: 11/04/10 13:57:37   Page 1 of 3

JC Law Group
580 California Street, Suite 1200
San Francisco, California 94104
(T) 415.963.4004  (F) 415.963.4260

## DEBTORS ARE CURRENT POST-PETITION

According to Movant's counsel, Debtors have cured the mortgage principal arrears caused by missing payment, except for seven dollars and sixty-five cents ($7.65) (see Declaration of Jeff D. Curl, ¶ 4, Exh. A, email correspondence from Ellen Cha, Movant's counsel.)

## THE PARTIES ARE NEGOTIATING ADEQUATE PROTECTION PAYMENTS

Counsel for the Debtors and Movant have actively engaged in communications in an attempt to resolve the pending motion and agree to adequate protection (see Declaration of Jeff D. Curl, ¶ 3.)

## CONCURRENT OBJECTION TO MOVANT'S PROOF OF CLAIM

According to an October 29, 2010 email by Ellen Cha, Movant dated October 29, 2010 (see Declaration of Jeff D. Curl, Exh. C), Movant is assessing a late fee of 109.37 per month since filing for a total in excess of $1,200 plus the following charges:

$300.00  for filing Proof of Claim and  Chapter 13 Plan review

$650.00  for Motion for Relief

$150.00 for filing fee for Motion for Relief

Debtors, dispute Movant assessing over **$1,200 in "late charges"** arising out of supposed pre-petition arrears at the time of filing.  (see Declaration of Jeff D. Curl, ¶ 5, Exh. B.) These alleged arrears resulted in Movant assessing "rolling" late charges since the date of filing.  However, Movant's own proof of claim contradicts this because Movant's proof of claim states that there were $0.00 in arrears owed at the time of filing. (see Declaration of Jeff D. Curl, ¶ 6, Exh. C, Proof of Claim by Movant.)  The late charges that stem from this alleged pre-petition are thus non-existent.

## PROPERTY IS NECESSARY FOR REORGANIZTION

The Property is Debtors' primary residence where they live with their four children, hence the property is necessary for their reorganization.

## MOTION LACKS AN ACCOUNT STATEMENT

A motion for relief from stay based on a failure to make pre or post petition payments on the obligation shall include an account statement (see B.L.R. 4001-1 (g)). In this case, none of the paperwork filed by Movant included an adequate account summary required under B.L.R. 4001-1 (g). Because no

adequate account statement has been provided the court must deny the instant motion on the basis that

Debtors failed to make post-petition payments.

## CONCLUSION

The motion for relief from stay filed by Movant is not supported by law or fact and should be

denied.

Dated:  November 4, 2010                          JC LAW GROUP PC


                                                  /s/ Jeff D. Curl
                                                  Jeff D. Curl
                                                  Attorneys for Jason Tsang & Eva Leung

JC Law Group
580 California Street, Suite 1200
San Francisco, California 94104
(T) 415.963.4004  (F) 415.963.4260

3